UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 21 2017
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 3:17cR82 |
| v. | |
| ADAM JOSEPH PLAUCHE, | Violations: 18 U.S.C. § 922(j) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Possession and Sale of Stolen Firearm)

On or about September, 2015, in Jefferson County, in the Northern District of West Virginia, defendant **ADAM JOSEPH PLAUCHE**, knowingly possessed a stolen firearm, that is, Taurus 38 Special, Serial Number FY58661, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Paul T. Camilletti
Assistant United States Attorney